# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      Magistrate Case No. __19-9005__

v.

**ORDER**

__Jobyann N. Wesen__

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this __10th__ day of __January__, 2019

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

 

_/s/ Anthony R. Mautone_
HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE